# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                         Case No: 6:03-cv-1696-Orl-28KRS

**$2,000.00 IN U.S. CURRENCY, et al.,**

    **Defendants.**

## STIPULATION FOR SETTLEMENT AS TO HAROLD G. UHRIG

It is hereby stipulated by and between the plaintiff, United States of America, and HAROLD G. UHRIG by and through their respective attorneys, as follows:

1. That the parties do hereby agree to settle and compromise the above-styled action upon the terms indicated below.

2. That HAROLD G. UHRIG, consents to the entry of an order forfeiting all of his right, title, and interest in the following assets:

    a. IRS Seizure Number 65010158 for $2,000.00 in U.S. currency located in briefcase;

    b. IRS Seizure Number 65010159 for $11,770.00 in U.S. currency located in vehicle;

    c. IRS Seizure Number 65010160 for $70,000.00 in U.S. currency located in house safe; and

    d. IRS Seizure Number 65010163-01 through 09 for $2,696.00, the total value of nine money orders located in house.

3. HAROLD G. UHRIG agrees unconditionally to release, hold harmless, acquit, and discharge the United States of America, the Internal Revenue Service, any state or local law enforcement agencies, their successors, assignees, agents,



and employees from any and all claims, demands, causes of actions or suits, agreements, deposited sums, judgments, damages, losses of services, expenses of whatever kind and description, and wheresoever situated, that might now exist or hereafter exist by reason of or arising the incidents or circumstances giving rise to the proceedings involving the forfeiture of the subject properties.

4.   HAROLD G. UHRIG and the United States agree to bear their own litigation expenses, including, but not limited to, attorney fees, in the above-styled civil forfeiture action.

5.   The United States of America and HAROLD G. UHRIG agree that this Court shall retain jurisdiction to adjudicate any and all matters that may arise between the United States of America and HAROLD G. UHRIG concerning interpretation, execution and application of the terms and conditions of this Stipulation.

PAUL I. PEREZ
United States Attorney

By _____
Daniel W. Eckhart
Assistant United States Attorney
Florida Bar No. 0488674
501 West Church Street, Suite 300
Orlando, Florida 32805
(407) 648-7500 - telephone
(407) 648-7643 - facsimile

4/22/04
Date

_____
John L. Woodard III, Esquire
6500 S. Hwy 17-92
Fern Park, FL 32730
(407) 265-2383 - telephone
(407) 339-0774 - facsimile

4/19/04
Date